UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| LUV N' CARE, LTD. | CIVIL ACTION NO. 17-0628 |
| VERSUS | JUDGE ROBERT G. JAMES |
| MORRIS E. COHEN, ET AL. | MAG. JUDGE JOSEPH PEREZ-MONTES |

**JUDGMENT**

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a *de novo* review of the entire record, including the written objections filed herein, and concurring with the Magistrate Judge's findings under the applicable law, to the extent adopted by this Court, and for those additional reasons contained in this Court's Ruling,

IT IS ORDERED that Plaintiff Luv N'Care, Ltd.'s ("LNC") Motion to Remand [Doc. No. 10] be GRANTED for lack of subject matter jurisdiction. This matter is hereby REMANDED to the Fourth Judicial District Court, Parish of Ouachita, State of Louisiana.

IT IS FURTHER ORDERED that LNC's motion for attorney's fees, costs, and expenses, contained in its Motion to Remand [Doc. No. 10], is DENIED.

IT IS FURTHER ORDERED that Defendants Morris E. Cohen and Lee A. Goldberg's Motion to Enjoin Related State Court Proceedings [Doc. No. 6] and Motion to Dismiss and Transfer for Improper Venue [Doc. No. 21] are DENIED.

MONROE, LOUISIANA, this 27th day of February, 2018.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE